# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

September 13, 2004

BY FACSIMILE AND FIRST CLASS MAIL

Brian Hatch, Esq.
8 North Main Street, Suite 403
Attleboro, MA 02703

Re:    Arthur A. Mandros v. Barletta Engineering Corp. and IUOE Local 4
       U.S. District Court Case No.

Dear Attorney Hatch:

This is to confirm our conversation of today concerning service of process.

Service has not been made to date on IUOE Local 4. Service was made on the Local 4 Health, Welfare and Pension Plans. These Plans cannot except service for the Local Union, which is a separate and distinct entity.

This office is authorized to accept service on behalf of Local 4, effective September 10, 2004.

Please include a copy of this letter when you send the return of service to the Court.

Thank you for your attention and assistance.

Very truly yours,

Mary T. Sullivan

cc:    Lou Rasetta
       Gina Alongi

MTS/3110/04365/hatch.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187