**Commonwealth of Massachusetts**
### NORFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

# NOCV2004-01337
## Mandros v Barletta Engineering Corp et al

| | | | | |
|---|---|---|---|---|
| **File Date** | 08/17/2004 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 09/17/2004 | **Session** | A - Civil A | |
| **Origin** | 1 | **Case Type** | E99 - Miscellaneous | |
| **Lead Case** | | **Track** | X | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 11/15/2004 | **Answer** | 01/14/2005 | **Rule12**/19/20 | |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | 02/13/2005 | **Disposition** | 03/15/2005 | **Jury Trial** | Unknown |

| | |
|---|---|
| **Plaintiff**<br>Arthur Mandros<br>Active 08/17/2004 | **Private Counsel 544044**<br>Brian T Hatch<br>8 North Main Street suite 403<br>Attleboro, MA 02703<br>Active 08/17/2004 Notify |
| **Defendant**<br>Barletta Engineering Corp<br>Service pending 08/17/2004 | |
| **Defendant**<br>International Union of Operating Engineers local 4<br>Service pending 08/17/2004 | **Private Counsel 487130**<br>Mary T Sullivan<br>Segal Roitman & Coleman<br>11 Beacon Street<br>Boston, MA 02108<br>Phone: 617-742-0208<br>Active 09/17/2004 Notify |
| | **Private Counsel 645577**<br>Indira Talwani<br>Segal Roitman & Coleman<br>11 Beacon Street<br>Boston, MA 02108<br>Phone: 617-742-0208<br>Fax: 617-742-2187<br>Active 09/17/2004 Notify |

| Date | Paper | Text |
|---|---|---|
| 08/17/2004 | 1.0 | Complaint  entry fee $275 |
| 08/17/2004 | | Origin 1, Type E99, Track X. |

case01 211907 y y y y y y

**NORFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

### NOCV2004-01337
### Mandros v Barletta Engineering Corp et al

| Date | Paper | Text |
|------|-------|------|
| 08/17/2004 | 2.0 | Civil action cover sheet filed |
| 08/17/2004 | | accelerated track notice sent to plff attorney |
| 08/19/2004 | | ONE TRIAL review by Clerk, Case is to remain in the Superior Court |
| 09/17/2004 | 3.0 | Notice of REMOVAL this date to US District Court of Massachusetts(rec'd9/16/04) |

A TRUE COPY

Attest: _____

Deputy Assistant Clerk

7/11/04

COMMONWEALTH OF MASSACHUSETTS

~~BRISTOL~~, ss
WORFOLK

SUPERIOR COURT

04   01337

|  |  |
|---|---|
| ARTHUR MANDROS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BARLETTA ENGINEERING CORP. | ) |
|     and INTERNATIONAL UNION OF | ) |
|     OPERATING ENGINEERS, | ) |
|     Local 4, | ) |
| | ) |
|     Defendants | ) |
| | ) |
| | ) |
| | ) |

COMPLAINT

RECEIVED & FILED
CLERK OF THE COURTS
NORFOLK COUNTY

---

## COMPLAINT

### Parties

1.  Plaintiff Arthur A. Mandros is a natural person residing at 81 Hilltop Drive, Portsmouth, Rhode Island  02871.

2.  Defendant Barletta Engineering Corp. has a usual place of business at  40 Shawmut Road, Suite 200, Canton, Massachusetts 02131

3.  Defendant International Union of Operating Engineers, Local 4 is a union with a local office at 177 Bedford Street, Lexington, MA  02420

## Facts

4.  Plaintiff began work as a Rod Person at Defendant Barletta Engineering Corporation's Walnut Hill Water Treatment Plant Project.in Marlborough, Massachusetts on June 21, 1999. .

5.   The initial rate of pay for Plaintiff at that facility was $11.00 per hour.

6.   The rate of pay for a Rod Person under the contract between the Defendant Union and Defendant Barletta as of 11/1/1999 was $17.74 an hour, as of 5/1/2000 was $17.73 an hour, as of 11/1/2000 was $18.24 an hour, as of 5/1/2001 was 18.66 as of 11/1/2001 was 19.24 an hour, as of 5/1/2002 was $19.81 an hour, as of 11/1/2002 was $20.46 an hour, and as of 5/1/2003 was $21.10 an hour.  See Exhibit #1

7.  The rate of pay for Plaintiff as of the payroll ending date of 3/17/01 was $16.00  an hour.    See Exhibit #2

8.  The rate of pay for Plaintiff as of payroll ending date of 4/14/01 was $16.80 an hour.  See Exhibit #3

9.  The rate of pay for Plaintiff as of payroll ending date of 2/2/02 was $18.75 an hour.  See Exhibit #4.

10.  The rate of pay for Plaintiff as of payroll ending date of 3/2/02 was $18.75 an hour.  See Exhibit #5

11.  The Minimum Wage Rate for the position Plaintiff was working at set by the Attorney General's Office as of 5/1/2000 was $28.55 an hour.  See Exhibit #6

12.  The Minimum Wage Rate for the position Plaintiff was working at set by Attorney General's Office as of 11/1/2000 was $29.06 an hour. See Exhibit #6

13. The Minimum Wage Rate for the position Plaintiff was working at set by the Attorney General's Office as of 5/1/2001 was $29.48 an hour. See Exhibit #6

14. The Minimum Wage Rate for the position Plaintiff was working at set by the Attorney General's Office as of 11/1/2001 was $30.06 an hour. See Exhibit #6

15. The Minimum Wage Rate for the position Plaintiff was working at set by the Attorney General's Office as of 5/1/2002 was $30.63. See Exhibit #6

16. The Minimum Wage Rate for the position Plaintiff was working at set by the Attorney General's Office as of 11/1/02 was $31.28 an hour. See Exhibit #6

17. The Minimum Wage Rate for the position Plaintiff was working at set by the Attorney General's Office as of 5/1/2003 was $31.92 an hour. See Exhibit #6

## COUNT 1-VIOLATION OF WAGE LAWS C. 149 §150

18. Plaintiff restates Paragraphs 1-17 as if fully set forth herein

19. Defendant Barletta Engineering Corporation has committed a violation Wage Laws of the Commonwealth of Massachusetts c. 149 §150 by not paying plaintiff wages meeting the Minimum Wage Rates determined by the Deputy Director of the Division of Occupational Safety of the Department of Labor and Workforce Development according to Massachusetts General Laws c. 149 §§ 26 to 27H for the Massachusetts Water Resources Authority Contract #6489 for the construction of a water treatment facility project CP3 called the Walnut Hill Water Treatment Plant.

20. Defendant International Union of Operating Engineers, Local #4 has failed comply with its duty of fair representation of plaintiff by not proceeding with representing plaintiff in his attempt to be paid minimum wage rates.

21. Defendant International Union of Operating Engineers, Local #4 has failed to comply with Massachusetts General Laws c. 149 §150 by assisting plaintiff Barletta Engineering Corporation in paying plaintiff less than Minimum Wage Rates required by the Commonwealth of Massachusetts at the Walnut Hill Water Treatment Plant, Project CP3 by referring to a schedule of wage rates for this particular project lower than the minimum wage rates.

22. Defendant International Union of Operating Engineers, Local #4 breached the agreement covering plaintiff as a member of that union by assisting defendant Barletta Engineering Corporation in paying plaintiff less than the schedule of wage rates for the position he was employed in during the time of his employment.

Wherefore, Plaintiff hereby requests the following relief:

    a. Payment by defendant Barletta Corporation of back wages in the amount of $105,516 to plaintiff.

    b. Appropriate interest on this amount to be paid by defendant Barletta Corporation.

    c. Punitive damages to be paid by defendant Barletta Corporation in the amount of $100,000 for blatant disregard of minimum wage rates set by the Commonwealth for the Walnut Hill Water Treatment Plant project.

    d. Damages against the defendant the International Union of Operating Engineers, Local #4 for its violation of its fair duty of representation to

its member Arthur Mandros in the amount of $100,000.

e. Punitive damages to be paid by defendant the International Union
of Operating Engineers, Local #4 for its blatant disregard of minimum
wage rates set by the Commonwealth of Massachusetts for the Walnut
Hill Water Treatment Plant for its member Arthur Mandros in the amount of
$100,000.

f. Court costs and attorney's fees to be paid by defendants in accordance
with its share of damages awarded.

g. Such other relief as the Court deems just.

By plaintiff's attorney,

Brian T. Hatch, Esq
Board of Bar Overseers #544044
8 North Main Street  Suite 403
Attleboro, MA  02703

Dated:

A TRUE COPY
Attest:
Deputy Assistant Clerk
9|17|04

5

# INTERNATIONAL UNION of OPERATING ENGINEERS - LOCAL 4

November 1, 1999 · October 31, 2003

# SCHEDULE OF WAGES

## FIELD ENGINEERS/TECHNICAL ENGINEERS

## MASSACHUSETTS

### CLASSIFICATION



| | 11/1/1999* | 5/1/2000* | 11/1/2000* | 5/1/2001* | 11/1/2001* | 5/1/2002* | 11/1/2002* | 5/1/2003* |
|---|---|---|---|---|---|---|---|---|
| *Party Chief* | 26.67 | 26.91 | 27.69 | 28.38 | 29.26 | 30.14 | 31.12 | 32.10 |
| | 1066.80 | 1076.40 | 1107.60 | 1135.20 | 1170.40 | 1205.60 | 1244.80 | 1284.00 |
| *Instrument Person* | 25.77 | 25.98 | 26.73 | 27.39 | 28.23 | 29.08 | 30.02 | 30.96 |
| | 1030.80 | 1039.20 | 1069.20 | 1095.60 | 1129.20 | 1163.20 | 1200.80 | 1238.40 |
| *Rod Person* | 17.74 | 17.73 | 18.24 | 18.66 | 19.24 | 19.81 | 20.46 | 21.10 |
| | 709.60 | 709.20 | 729.60 | 746.40 | 769.60 | 792.40 | 818.40 | 844.00 |

*Chief of Survey*    The Chief of Survey shall be paid one dollar ($1.00) per hour above the Party Chief rate.

## NEW HAMPSHIRE/MAINE

### CLASSIFICATION

*Party Chief*    CURRENT GROUP I BUILDING RATE IN NEW HAMPSHIRE/MAINE

*Instrument Person*    CURRENT GROUP I BUILDING RATE IN NEW HAMPSHIRE/MAINE
LESS 75¢ PER HOUR

*Rod Person*    CURRENT GROUP IVB BUILDING RATE IN NEW HAMPSHIRE/MAINE

*Chief of Survey*    The Chief of Survey shall be paid eighty cents ($.80) per hour above Party Chief rate.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Health & Welfare | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 |
| Pension | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 |
| Apprenticeship | .10 | .10 | .10 | .10 | .10 | .10 | .10 | .10 |
| Annuity | 2.50 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 |
| Foundation for Fair Contracting | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 |

OTHER    Dues Assessment 1¼% deducted from total Wage and Benefit Package; Social and Political Action Committee, 5¢ per hour.

* The Local may, at its option, utilize part of these increments for increases to Health & Welfare, Pension, Annuity, Social and Political Action Committees, Dues Deduction and Foundation for Fair Contracting.

REORDER FT 905 • U.S. PATENT NO. 5536290,5675504,5641183,6796363

265 ARTHUR MANDROS          SS # 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        BARLETTA ENGINEERING CORP
    81 HILLTOP DRIVE         Filing Status S-        Check Date 03/21/01
    PORTSMOUTH RI 02871      Salary Amount    0.00   Payroll Ending Date 03/17/01

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | THIS PAY PERIOD HOURS/UNITS | AMOUNT | YEAR-TO-DATE AMOUNT | DESCRIPTION | THIS PAY PERIOD AMOUNT | YEAR-TO-DATE AMOUNT |
| SALARY | | 80.00 | 1,280.00 | 7,680.00 | FWT | 144.00 | 864.00 |
| 401K AMT | | | - 103.84 | - 623.04 | SS FICA | 79.36 | 476.16 |
| | | | | | MED FICA | 18.56 | 111.36 |
| | | | | | MA ST WH | 52.08 | 312.48 |

*2001*

LAST JOB: 09956-

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 03/17/01 | 1,176.16 | 294.00 | 882 | 7,056.96 | 1,764.00 | 5,292.96 |

EXH 2

265 ARTHUR MANDROS
  81 HILLTOP DRIVE
  PORTSMOUTH RI 02871

SS # 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
Filing Status S- 1
Salary Amount    0.00

BARLETTA ENGINEERING CORP
Check Date 04/04/01
Payroll Ending Date 03/31/01

| EARNINGS | | | | DEDUCTIONS | | |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | YEAR-TO-DATE AMOUNT | DESCRIPTION | AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|---|---|---|
| SALARY | | 80.00 | 1,280.00 | 8,960.00 | FWT | 144.00 | 1,008.00 |
| 401K AMT | | | - 103.84 | - 726.88 | SS FICA | 79.36 | 555.52 |
| | | | | | MED FICA | 18.56 | 129.92 |
| | | | | | MA ST WH | 52.08 | 364.56 |

LAST JOB: 09956-

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| 03/31/01 | 1,176.16 | 294.00 | 2.16 | 8,233.12 | 2,058.00 | 6,175.12 |

BARLETTA ENGINEERING CORPORATION

| | SOC. SEC. NO. | EMPLOYER | |
|---|---|---|---|
| 265 ARTHUR MANDROS | 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 | BARLETTA ENGINEERING CORP | 016000 |

| EARNINGS | | | | DEDUCTIONS | | |
| DESCRIPTION | RATE | HRS/UNITS | AMOUNT | YEAR-TO-DATE AMOUNT | DESCRIPTION | AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

265 ARTHUR MANDROS
81 HILLTOP DRIVE
PORTSMOUTH RI 02871

SS # 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
Filing Status S- 1
Salary Amount          0.00

BARLETTA ENGINEERING CORP
Check Date 04/18/01
Payroll Ending Date 04/14/01

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| SALARY | | 80.00 | 1,344.00 | 10,304.00 | FWT | 157.00 | 1,165.00 |
| 401K AMT | | | - 103.84 | - 830.72 | SS FICA | 83.33 | 638.85 |
| | | | | | MED FICA | 19.49 | 149.41 |
| | | | | | MA ST WH | 55.66 | 420.22 |

EXH 5

LAST JOB: 09956-

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 04/14/01 | 1,240.16 | 315.48 | 924.68 | 9,473.28 | 2,373.48 | 7,099.80 |

BARLETTA ENGINEERING CORPORATION

| EMPLOYEE | | SOC SEC. NO. | EMPLOYER | |
|---|---|---|---|---|
| 265 ARTHUR MANDROS | | 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 | BARLETTA ENGINEERING CORP | 01763 |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HRS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| INS IND | | | 58.16 | 697.92 | FWT | 58.00 | |
| SALARY | | 40.00 | 480.00 | 5,760.00 | SS FICA | 30.63 | |
| 125-IND | | | -44.13 | -529.56 | MED FICA | 7.16 | |
| | | | | | MA ST WH | 22.11 | |

LAST JOB: 09956

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 03/18/00 | 494.03 | 117.90 | 376.13 | 5,928.36 | 1,414.80 | 4,513.56 |

**265 ARTHUR MANDROS**
**81 HILLTOP DRIVE**
**PORTSMOUTH RI 02871**

SS # 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
Filing Status S- 1
Salary Amount          0.00

BARLETTA ENGINEERING CORP
Check Date 05/03/01
Payroll Ending Date 04/28/01

| | | EARNINGS | | | | DEDUCTIONS | |
| | | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|
| SALARY | | 80.00 | 1,344.00 | 11,648.00 | FWT | 157.00 | 1,322.00 |
| 401K AMT | | | - 103.84 | - 934.56 | SS FICA | 83.33 | 722.18 |
| | | | | | MED FICA | 19.49 | 168.90 |
| | | | | | MA ST WH | 55.66 | 475.88 |

LAST JOB: 09956-

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| 04/28/01 | 1,240.16 | 315.48 | 924.68 | 10,713.44 | 2,688.96 | 8,024.48 |

---

**BARLETTA ENGINEERING CORPORATION**

019191

**265 ARTHUR MANDROS**          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          BARLETTA ENGINEERING CORP

| | EARNINGS | | | | | DEDUCTIONS | | |
| | THIS PAY PERIOD | | | YEAR-TO-DATE | | THIS PAY PERIOD | | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SALARY | 40.00 | | | 1,273.52 | FWT | | 55.00 | |
| 25-1ND | | | | 10,915.16 | FICA | | 32.61 | 161.85 |
| 01K AM | | | | -1,028.78 | MED FICA | | 7.63 | 477.00 |
| | | | | - 464.28 | MA ST WH | | 21.02 | |

ENJOY THE SHORT WEEK!!!
LAST JOB: 09956-

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
| | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| 05/27/00 | 474.11 | 115 | | | 2,580.28 | 8,115.00 |

**265** ARTHUR MANDROS
81 HILLTOP DRIVE
PORTSMOUTH RI 02871

SS # 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
Filing Status S- 1
Salary Amount          0.00

BARLETTA ENGINEERING CORP
Check Date 05/17/01
Payroll Ending Date 05/12/01

| | EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| SALARY | | 80.00 | 1,344.00 | 12,992.00 | FWT | 157.00 | 1,479.00 |
| 401K AMT | | | - 103.84 | -1,038.40 | SS FICA | 83.33 | 805.51 |
| | | | | | MED FICA | 19.49 | 188.39 |
| | | | | | MA ST WH | 55.66 | 531.54 |

LAST JOB: 09956-

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 05/12/01 | 1,240.16 | 315.48 | 924.68 | 11,953.60 | 3,004.44 | 8,949.16 |

BARLETTA ENGINEERING CORPORATION

| EMP NO | EMPLOYEE | | SOC. SEC. NO. | | | | |
|---|---|---|---|---|---|---|---|
| 265 | ARTHUR MANDROS | | 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 | BARLETTA ENGINEERING CORP | | | 01953 |

| | EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HRS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| NS IND | | | 58.16 | 1,395.84 | FWT | 74.00 | 1,379.00 |
| SALARY | | 40.00 | 640.00 | 12,072.40 | SS FICA | 40.10 | 764.84 |
| 25-IND | | | -51.37 | -1,131.52 | MED FICA | 9.38 | 178.86 |
| 01K AM | | | -51.92 | - 571.12 | MA ST WH | 28.07 | 526.09 |

DON'T FORGET FATHER'S DAY THIS SUNDAY!
LAST JOB: 09956-

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 06/10/00 | 594.87 | 151.55 | 443.32 | 11,765.60 | 2,848.79 | 8,916.81 |

265 ARTHUR MANDROS
81 HILLTOP DRIVE
PORTSMOUTH RI 02871

SS # 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
Filing Status S- 1
Salary Amount            0.00

BARLETTA ENGINEERING CORP
Check Date 06/13/01
Payroll Ending Date 06/09/01

| EARNINGS | | | | | DEDUCTIONS | | |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | YEAR-TO-DATE AMOUNT | DESCRIPTION | AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|---|---|---|
| SALARY | | 80.00 | 1,344.00 | 15,680.00 | FWT | 157.00 | 1,793.00 |
| 401K AMT | | | - 103.84 | -1,246.08 | SS FICA | 83.33 | 972.17 |
| | | | | | MED FICA | 19.49 | 227.37 |
| | | | | | MA ST WH | 55.66 | 642.86 |

LAST JOB: 09956-

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| 06/09/01 | 1,240.16 | 315.48 | 924.68 | 14,433.92 | 3,635.40 | 10,798.52 |

BARLETTA ENGINEERING CORPORATION

| EMPLOYEE | SOC. SEC. NO. |
|---|---|
| 265 ARTHUR MANDROS | 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 |

BARLETTA ENGINEERING CORP          021593

| EARNINGS | | | | | DEDUCTIONS | | |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | YEAR-TO-DATE AMOUNT | DESCRIPTION | AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|---|---|---|
| CATIO | | 40.00 | 640.00 | 640.00 | FWT | 74.00 | 193.00 |
| IS IND | | | 58.16 | 2,035.66 | SS FICA | 40.10 | 205.90 |
| LARY | | | | 18,472.46 | MED FICA | 9.38 | 282.04 |
| S-IND | | | -51.37 | 695.82 | MA ST WH | 28.07 | 834.86 |
| 1K AM | | | -51.92 | -1,142.20 | | | |

LAST JOB: 09956-

| THIS PAY PERIOD | | | YEAR TO DATE | | |
| EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| 8/26/00 | 594.87 | 151.55 | 443.8 | 18,309.17 | 4,515.84 | 13,793.33 |

**265** ARTHUR MANDROS
81 HILLTOP DRIVE
PORTSMOUTH RI 02871

SS # 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
Filing Status S- 1
Salary Amount          0.00

BARLETTA ENGINEERING CORP
Check Date 06/28/01
Payroll Ending Date 06/23/01

| EARNINGS | | | | | DEDUCTIONS | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| SALARY | | 80.00 | 1,344.00 | 17,024.00 | FWT | 157.00 | 1,950.00 |
| 401K AMT | | | - 103.84 | -1,349.92 | SS FICA | 83.33 | 1,055.50 |
| | | | | | MED FICA | 19.49 | 246.86 |
| | | | | | MA ST WH | 55.66 | 698.52 |

LAST JOB: 09956-

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
| --- | --- | --- | --- | --- | --- | --- |
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 06/23/01 | 1,240.16 | 315.48 | 924.68 | 15,674.08 | 3,950.88 | 11,723.20 |

BARLETTA ENGINEERING CORPORATION

02176

265 ARTHUR MANDROS                SOC. SEC. NO. 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        BARLETTA ENGINEERING CORP

| EARNINGS | | | | DEDUCTIONS | | |
| --- | --- | --- | --- | --- | --- | --- |
| DESCRIPTION | RATE | UNITS | AMOUNT | YEAR-TO-DATE AMOUNT | DESCRIPTION | AMOUNT | YEAR-TO-DATE AMOUNT |
| VACATIO | | | 58.16 | 640.00 | FWT | 74.00 | |
| NS IND | | | | 2,091.76 | SS FICA | 40.10 | |
| SALARY | 40.00 | | 640.00 | 19,112.40 | MED FICA | 9.38 | |
| .25-IND | | | -51.57 | -175.96 | MA ST WH | 28.07 | |
| 01K AM | | | -53.92 | -1,191.16 | | | |

AST JOB: 09956-

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
| --- | --- | --- | --- | --- | --- | --- |
| EARNINGS | DEDUCTIONS | | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 09/02/00 | 594.87 | 151.55 | 443.32 | 18,904.98 | 4,667.39 | 14,236.5 |

**265 ARTHUR MANDROS**
81 HILLTOP DRIVE
PORTSMOUTH RI 02871

SS # 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
Filing Status S- 1
Salary Amount          0.00

BARLETTA ENGINEERING CORP
Check Date 07/12/01
Payroll Ending Date 07/07/01

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | THIS PAY PERIOD | | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| SALARY | | 80.00 | 1,344.00 | 18,368.00 | FWT | 157.00 | 2,107.00 |
| 401K AMT | | | - 103.84 | -1,453.76 | SS FICA | 83.33 | 1,138.83 |
| | | | | | MED FICA | 19.49 | 266.35 |
| | | | | | MA ST WH | 55.66 | 754.18 |

LAST JOB: 09956-

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 07/07/01 | 1,240.16 | 315.48 | 924.68 | 16,914.24 | 4,266.36 | 12,647.88 |

BARLETTA ENGINEERING CORPORATION

265  ARTHUR MANDROS          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     BARLETTA ENGINEERING CORP          021925

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | THIS PAY PERIOD | | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| VACATIO | | | | 640.00 | FWT | 74.00 | |
| INS IND | | | | 2,154.92 | SS FICA | 40.10 | |
| SALARY | 40.00 | | 640.00 | 19,762.40 | MED FICA | 9.38 | |
| 12S-IND | | | | | MA ST WH | 28.07 | |
| 401K AM | | | | -1,246.08 | | | |

LAST JOB: 09956-

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 09/09/00 | 594.57 | 151.55 | 443.51 | | 4,818.24 | 14,672.73 |

265 ARTHUR MANDROS
81 HILLTOP DRIVE
PORTSMOUTH RI 02871

SS # 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
Filing Status S- 1
Salary Amount          0.00

BARLETTA ENGINEERING CORP
Check Date 07/26/01
Payroll Ending Date 07/21/01

### EARNINGS

| DESCRIPTION | RATE | HOURS/UNITS | THIS PAY PERIOD AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|
| SALARY | | 80.00 | 1,344.00 | 19,712.00 |
| 401K AMT | | | - 103.84 | -1,557.60 |

### DEDUCTIONS

| DESCRIPTION | THIS PAY PERIOD AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| FWT | 157.00 | 2,264.00 |
| SS FICA | 83.33 | 1,222.16 |
| MED FICA | 19.49 | 285.84 |
| MA ST WH | 55.66 | 809.84 |

LAST JOB: 09956-

| PERIOD ENDING | THIS PAY PERIOD EARNINGS | DEDUCTIONS | NET PAY | YEAR TO DATE EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| 07/21/01 | 1,240.16 | 315.48 | 924.68 | 18,154.40 | 4,581.84 | 13,572.56 |

---

BARLETTA ENGINEERING CORPORATION

SOC. SEC. NO. 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

265 ARTHUR MANDROS

EMPLOYER
BARLETTA ENGINEERING CORP        022090

### EARNINGS

| DESCRIPTION | RATE | THIS PAY PERIOD HRS/UNITS | AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|
| VACATIO | | | | 640.00 |
| INS IND | | | 58.16 | 2,210.08 |
| SALARY | | 40.00 | 640.00 | 20,392.40 |
| 125-IND | | | -51.37 | -1,850.70 |
| 001K AM | | | -51.92 | -1,298.00 |

### DEDUCTIONS

| DESCRIPTION | THIS PAY PERIOD AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| FWT | 74.00 | 2,415.00 |
| SS FICA | 40.10 | 1,326.26 |
| MED FICA | 9.38 | 310.18 |
| MA ST WH | 28.07 | 919.07 |

LAST JOB: 09956-

| PERIOD ENDING | THIS PAY PERIOD EARNINGS | DEDUCTIONS | NET PAY | YEAR TO DATE EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| 09/16/00 | 594.87 | 151.55 | 443.32 | 20,093.78 | 4,970.49 | 15,123.2 |

**265 ARTHUR MANDROS**
81 HILLTOP DRIVE
PORTSMOUTH RI 02871

SS # 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
Filing Status S- 1
Salary Amount          0.00

BARLETTA ENGINEERING CORP
Check Date 08/09/01
Payroll Ending Date 08/04/01

| | | EARNINGS | | | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|
| | | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | | AMOUNT | AMOUNT |
| SALARY | | 80.00 | 1,344.00 | 21,056.00 | FWT | | 157.00 | 2,421.00 |
| 401K AMT | | | - 103.84 | -1,661.44 | SS FICA | | 83.33 | 1,305.49 |
| | | | | | MED FICA | | 19.49 | 305.33 |
| | | | | | MA ST WH | | 55.66 | 865.50 |

LAST JOB: 09956-

| | THIS PAY PERIOD | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 08/04/01 | 1,240.16 | 315.48 | 924.68 | 19,394.56 | 4,897.32 | 14,497.24 |

---

BARLETTA ENGINEERING CORPORATION

| 265 ARTHUR MANDROS | SOC. SEC. NO. 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 | EMPLOYER BARLETTA ENGINEERING CORP | 022259 |
|---|---|---|---|

| | | EARNINGS | | | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|
| | | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | | AMOUNT | AMOUNT |
| REG HRS | 16.0000 | 8.00 | 128.00 | 256.00 | FWT | | 110.00 | 2,528.00 |
| VACATIO | | | | 640.00 | SS FICA | | 48.04 | 1,382.22 |
| NS IND | | | 58.16 | 2,268.24 | MED FICA | | 11.23 | 323.27 |
| SALARY | | 40.00 | 640.00 | 21,032.40 | MA ST WH | | 35.69 | 954.76 |
| 25-IND | | | -51.37 | -1,902.07 | | | | |
| 01K AM | | | -51.92 | -1,349.92 | | | | |

LAST JOB: 09956-

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 09/23/00 | 722.87 | 204.96 | 517.91 | 20,944.65 | 5,188.25 | 15,756.40 |

**265 ARTHUR MANDROS**
81 HILLTOP DRIVE
PORTSMOUTH RI 02871

SS # 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
Filing Status S- 1
Salary Amount          0.00

BARLETTA ENGINEERING CORP
Check Date 08/24/01
Payroll Ending Date 08/18/01

| | EARNINGS | | | | DEDUCTIONS | | |
| | THIS PAY PERIOD | | | YEAR-TO-DATE | THIS PAY PERIOD | | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|
| REG HRS | 16.8000 | 40.00 | 672.00 | 672.00 | FWT | 157.00 | 2,578.00 |
| VACATION | 16.8000 | 40.00 | 672.00 | 672.00 | SS FICA | 83.33 | 1,388.82 |
| SALARY | | | | 21,056.00 | MED FICA | 19.49 | 324.82 |
| 401K AMT | | | - 103.84 | -1,765.28 | MA ST WH | 55.66 | 921.16 |

LAST JOB: 09956-

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| 08/18/01 | 1,240.16 | 315.48 | 924.68 | 20,634.72 | 5,212.80 | 15,421.92 |

BARLETTA ENGINEERING CORPORATION

**265 ARTHUR MANDROS**          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

BARLETTA ENGINEERING CORP          **024412**

| EARNINGS | | | YEAR-TO-DATE | DEDUCTIONS | | YEAR-TO-DATE |
| | RATE | UNITS | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|
| REG HRS | | | | FWT | 74.00 | |
| VACATIO | | | 58.16 | SS FICA | 40.10 | |
| NS IND | | | | MED FICA | 9.38 | |
| BONUS | | | | MA ST WH | 28.07 | |
| SALARY | 40.00 | | 640.00 | | | |
| 25-IND | | | -51.37 | | | |
| 401K AM | | | -51.92 | | | |

HAPPY HOLIDAYS!!!!!!
LAST JOB: 09956-

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| 12/16/00 | 594. | 151.55 | 44. | 29,339.09 | ,190.17 | 22,148.9 |

**265 ARTHUR MANDROS**
81 HILLTOP DRIVE
PORTSMOUTH RI 02871

SS # 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
Filing Status S- 1
Salary Amount          0.00

BARLETTA ENGINEERING CORP
Check Date 09/07/01
Payroll Ending Date 09/01/01

| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | YEAR-TO-DATE AMOUNT | DESCRIPTION | AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|---|---|---|
| REG HRS | | | | 672.00 | FWT | 157.00 | 2,735.00 |
| VACATION | | | | 672.00 | SS FICA | 83.33 | 1,472.15 |
| SALARY | | 80.00 | 1,344.00 | 22,400.00 | MED FICA | 19.49 | 344.31 |
| 401K AMT | | | - 103.84 | -1,869.12 | MA ST WH | 55.66 | 976.82 |

LAST JOB: 09956-

| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| 09/01/01 | 1,240.16 | 315.48 | 924.68 | 21,874.88 | 5,528.28 | 16,346.60 |

**BARLETTA ENGINEERING CORPORATION**

265  ARTHUR MANDROS

SOC. SS
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

BARLETTA ENGINEERING CORP

EMPLOYER

024562

**EARNINGS**

| DESCRIPTION | RATE | HRS/UNITS | AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|
| REG HRS | | | | 57.00 |
| VACATIO | | | 58.16 | 67.00 |
| INS. IND | | | | 10.00 |
| BONUS | | 40.00 | 640.00 | 29... |
| SALARY | | | -51.37 | -2... |
| 125-IND | | | -51.92 | -2... |
| 401K AM | | | | |

M

LAST JOB: 09956-

**DEDUCTIONS**

| DESCRIPTION | AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| FWT | 74.00 | |
| SS FICA | 40.10 | |
| MED FICA | 9.38 | |
| MA ST WH | 28.07 | |

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| 59...07 | 151.55 | | | 22,933.26 | 7,641.72 | |