| 265 ARTHUR MANDROS | SS # 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 | BARLETTA ENGINEERING CORP |
| 81 HILLTOP DRIVE | Filing Status S- 1 | Check Date 09/21/01 |
| PORTSMOUTH RI 02871 | Salary Amount  0.00 | Payroll Ending Date 09/15/01 |

| EARNINGS | | | | DEDUCTIONS | | |
| --- | --- | --- | --- | --- | --- | --- |
| | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| REG HRS | | | | 672.00 | FWT | 157.00 | 2,892.00 |
| VACATION | | | | 672.00 | SS FICA | 83.33 | 1,555.48 |
| SALARY | | 80.00 | 1,344.00 | 23,744.00 | MED FICA | 19.49 | 363.80 |
| 401K AMT | | | - 103.84 | -1,972.96 | MA ST WH | 55.66 | 1,032.48 |

LAST JOB: 09956-

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
| --- | --- | --- | --- | --- | --- | --- |
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 09/15/01 | 1,240.16 | 315.48 | 924.68 | 23,115.04 | 5,843.76 | 17,271.28 |

BARLETTA ENGINEERING CORPORATION

| 265 ARTHUR MANDROS | SOC. SEC. NO. 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 | EMPLOYER BARLETTA ENGINEERING CORP | 024745 |

| EARNINGS | | | | DEDUCTIONS | | |
| --- | --- | --- | --- | --- | --- | --- |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | YEAR-TO-DATE AMOUNT | DESCRIPTION | AMOUNT | YEAR-TO-DATE AMOUNT |
| SALARY | | 80.00 | 1,280.00 | 1,280.00 | FWT | 144.00 | |
| 401K AM | | | 103.84 | -103.84 | SS FICA | 79.36 | |
| | | | | | MED FICA | 18.56 | |
| | | | | | MA ST WH | 52.08 | |

LAST JOB: 09956

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
| --- | --- | --- | --- | --- | --- | --- |
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 01/06/01 | 1,176.16 | 294.00 | 882.16 | 1,176.16 | 294.00 | 882.16 |

| 265 ARTHUR MANDROS | SS # 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 | BARLETTA ENGINEERING CORP |
| 81 HILLTOP DRIVE | Filing Status S- 1 | Check Date 10/05/01 |
| PORTSMOUTH RI 02871 | Salary Amount    0.00 | Payroll Ending Date 09/29/01 |

| EARNINGS | | | | | DEDUCTIONS | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | THIS PAY PERIOD | | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| REG HRS | | | | 672.00 | FWT | 157.00 | 3,049.00 |
| VACATION | | | | 672.00 | SS FICA | 83.33 | 1,638.81 |
| SALARY | | 80.00 | 1,344.00 | 25,088.00 | MED FICA | 19.49 | 383.29 |
| 401K AMT | | | - 103.84 | -2,076.80 | MA ST WH | 55.66 | 1,088.14 |

LAST JOB: 09956-

| THIS PAY PERIOD | | | YEAR TO DATE | | |
| --- | --- | --- | --- | --- | --- |
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 09/29/01 | 1,240.16 | 315.48 | 924.68 | 24,355.20 | 6,159.24 | 18,195.96 |

---

BARLETTA ENGINEERING CORPORA...

| 265 ARTHUR MANDROS | 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 | BARLETTA ENGINEERING CORP   024971 |

| EARNINGS | | | | DEDUCTIONS | | |
| --- | --- | --- | --- | --- | --- | --- |
| | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION/RATE | | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| SALARY | 80.00 | 1,280.00 | 2,560.00 | FWT | 144.00 | 288.00 |
| 401K AM | | - 103.84 | - 207.68 | SS FICA | 79.36 | 158.72 |
| | | | | MED FICA | 18.56 | 37.12 |
| | | | | MA ST WH | 52.08 | 104.16 |

LAST JOB: 09956-

| THIS PAY PERIOD | | | YEAR TO DATE | | |
| --- | --- | --- | --- | --- | --- |
| | | | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 01/30/01 | 1,176.16 | 294.00 | 882.16 | 2,352.32 | 588.00 | 1,764.32 |

| 265 ARTHUR MANDROS | SS # 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 | BARLETTA ENGINEERING CORP |
| 81 HILLTOP DRIVE | Filing Status S- 1 | Check Date 10/19/01 |
| PORTSMOUTH RI 02871 | Salary Amount  0.00 | Payroll Ending Date 10/13/01 |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| REG HRS | | | 672.00 | FWT | 157.00 | 3,206.00 |
| VACATION | | | 672.00 | SS FICA | 83.33 | 1,722.14 |
| SALARY | | 80.00 | 1,344.00 | 26,432.00 | MED FICA | 19.49 | 402.78 |
| 401K AMT | | | - 103.84 | -2,180.64 | MA ST WH | 55.66 | 1,143.80 |

LAST JOB: 09956-

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 10/13/01 | 1,240.16 | 315.48 | 924.68 | 25,595.36 | 6,474.72 | 19,120.64 |

| | | | | BARLETTA ENGINEERING CORP |
|---|---|---|---|---|
| 265 ARTHUR MANDROS | SS # 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 | | | Check Date 11/02/01 |
| 81 HILLTOP DRIVE | Filing Status S-1 | | | Payroll Ending Date 10/27/01 |
| PORTSMOUTH RI 02871 | Salary Amount | 0.00 | | |

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | THIS PAY PERIOD | | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| REG HRS | | | | 672.00 | FWT | 157.00 | 3,363.00 |
| VACATION | | | | 672.00 | SS FICA | 83.33 | 1,805.47 |
| SALARY | | 80.00 | 1,344.00 | 27,776.00 | MED FICA | 19.49 | 422.27 |
| 401K AMT | | | -103.84 | -2,284.48 | MA ST WH | 55.66 | 1,199.46 |

LAST JOB: 09956-

| THIS PAY PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 10/27/01 | 1,240.16 | 315.48 | 924.68 | 26,835.52 | 6,790.20 | 20,045.32 |

```
265 ARTHUR  MANDROS           SS # 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           BARLETTA ENGINEERING CORP
    81 HILLTOP DRIVE          Filing Status S- 1         Check Date 11/16/01
    PORTSMOUTH RI 02871       Salary Amount      0.00    Payroll Ending Date 11/10/01
```

### EARNINGS

| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT (THIS PAY PERIOD) | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|
| REG HRS | | | | 672.00 |
| VACATION | | | | 672.00 |
| BONUS | | | | 2,000.00 |
| OTHER | | | | 300.00 |
| SALARY | | 80.00 | 1,344.00 | 29,120.00 |
| 401K% | | | - 134.40 | - 134.40 |
| 401K AMT | | | | -2,284.48 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT (THIS PAY PERIOD) | YEAR-TO-DATE AMOUNT |
|---|---|---|
| FWT | 149.00 | 3,525.00 |
| SS FICA | 83.33 | 2,031.40 |
| MED FICA | 19.49 | 475.11 |
| MA ST WH | 53.95 | 1,253.41 |

LAST JOB: 09956-

| PERIOD ENDING | EARNINGS (THIS PAY PERIOD) | DEDUCTIONS (THIS PAY PERIOD) | NET PAY (THIS PAY PERIOD) | EARNINGS (YEAR TO DATE) | DEDUCTIONS (YEAR TO DATE) | NET PAY (YEAR TO DATE) |
|---|---|---|---|---|---|---|
| 11/10/01 | 1,209.60 | 305.77 | 903.83 | 30,345.12 | 7,284.92 | 23,060.20 |

| 265 ARTHUR MANDROS<br>81 HILLTOP DRIVE<br>PORTSMOUTH RI 02871 | | | SS # 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<br>Filing Status S- 1<br>Salary Amount   0.00 | | BARLETTA ENGINEERING CORP<br>Check Date 12/21/01<br>Payroll Ending Date 12/22/01 | | |
|---|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | **DEDUCTIONS** | | |
| | THIS PAY PERIOD | | YEAR-TO-DATE | | THIS PAY PERIOD | | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| REG HRS | | | | 672.00 | FWT | 149.00 | 3,972.00 |
| VACATION | | | | 672.00 | SS FICA | 83.33 | 2,281.39 |
| BONUS | | | | 2,000.00 | MED FICA | 19.49 | 533.58 |
| OTHER | | | | 300.00 | MA ST WH | 53.95 | 1,415.26 |
| SALARY | | 80.00 | 1,344.00 | 33,152.00 | | | |
| 401K% | | | - 134.40 | - 537.60 | | | |
| 401K AMT | | | | -2,284.48 | | | |

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 12/22/01 | 1,209.60 | 305.77 | 903.83 | 33,973.92 | 8,202.23 | 25,771.69 |

| 265 ARTHUR MANDROS | SS # 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 | | BARLETTA ENGINEERING CORP |
|---|---|---|---|
| 81 HILLTOP DRIVE | Filing Status S- 1 | | Check Date 01/11/02 |
| PORTSMOUTH RI 02871 | Salary Amount | 0.00 | Payroll Ending Date 01/05/02 |

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| | THIS PAY PERIOD | | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| REG HRS | 16.8000 | 40.00 | 672.00 | 672.00 | FWT | 137.00 | 137.00 |
| VACATION | 16.8000 | 40.00 | 672.00 | 672.00 | SS FICA | 83.33 | 83.33 |
| 401K% | | | - 134.40 | - 134.40 | MED FICA | 19.49 | 19.49 |
| | | | | | MA ST WH | 51.06 | 51.06 |

*2002*

LAST JOB: 09956-

| | THIS PAY PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 01/05/02 | 1,209.60 | 290.88 | 918.72 | 1,209.60 | 290.88 | 918.72 |

| 265 ARTHUR MANDROS | SS # 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 | BARLETTA ENGINEERING CORP |
| --- | --- | --- |
| 81 HILLTOP DRIVE | Filing Status S- 1 | Check Date 01/25/02 |
| PORTSMOUTH RI 02871 | Salary Amount    0.00 | Payroll Ending Date 01/19/02 |

| EARNINGS | | | | | DEDUCTIONS | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | THIS PAY PERIOD | | | YEAR-TO-DATE | | THIS PAY PERIOD | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| REG HRS | | | | 672.0 | WT | 137.00 | 274.00 |
| VACATION | | | | 672. | SS FICA | 83.33 | 166.66 |
| SALARY | | 80.00 | 1,344.00 | 1,344 | MED FICA | 19.49 | 38.98 |
| 401K% | | | - 134.40 | - 26 | MA ST WH | 51.06 | 102.12 |

LAST JOB: 09956-

| THIS PAY PERIOD | | | YEAR TO DATE | | |
| --- | --- | --- | --- | --- | --- |
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 01/19/02 | 1,209.60 | 290.88 | 918.72 | 2,419.20 | 581.76 | 1,837.44 |

| 265 ARTHUR MANDROS | | SS # 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 | | BARLETTA ENGINEERING CORP | |
| 81 HILLTOP DRIVE | | Filing Status S- 1 | | Check Date 02/08/02 | |
| PORTSMOUTH RI 02871 | | Salary Amount  0.00 | | Payroll Ending Date 02/02/02 | |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| | THIS PAY PERIOD | | YEAR-TO-DATE | THIS PAY PERIOD | | YEAR-TO-DATE |
| DESCRIPTION | RATE | HOURS/UNITS | AMOUNT | AMOUNT | DESCRIPTION | AMOUNT | AMOUNT |
| REG HRS | | | | 672.00 | FWT | 170.00 | 444.00 |
| VACATION | | | | 672.00 | SS FICA | 93.00 | 259.66 |
| SALARY | | 80.00 | 1,500.00 | 2,844.00 | MED FICA | 21.75 | 60.73 |
| 401K% | | | - 150.00 | - 418.80 | MA ST WH | 58.50 | 160.62 |

| THIS PAY PERIOD | | | YEAR TO DATE | | |
|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 02/02/02 | 1,350.00 | 343.25 | 1,006.75 | 3,769.20 | 925.01 | 2,844.19 |

EXH 4

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04 01337 | Trial Court of Massachusetts Superior Court Department County: Norfolk |
|---|---|---|

PLAINTIFF(S): Arthur Mandros

DEFENDANT(S): Bartletta Engineering Corp. & International Union of Operating Engineers

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE
Brian T. Hatch, Attorney-at-Law
8 North Main St., Attleboro, MA 02703
(508) 222-6400
Board of Bar Overseers number: 544044

ATTORNEY (if known)

**A**

Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

CODE NO.: E99
TYPE OF ACTION (specify): Underpayment of state wage rate
TRACK: (X)
IS THIS A JURY CASE? ( ) Yes (X) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................. $
2. Total Doctor expenses .................. $
3. Total chiropractic expenses ............ $
4. Total physical therapy expenses ........ $
5. Total other expenses (describe) ........ $
   Subtotal $
B. Documented lost wages and compensation to date ... $ 105,516.00
C. Documented property damages to date ............. $
D. Reasonably anticipated future medical and hospital expenses ... $
E. Reasonably anticipated lost wages ............... $
F. Other documented items of damages (describe) Punitive damages ... $ 300,000.00
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
E99 Underpayment of wages - nonpayment of state wage rate

TOTAL $ 405,516.00

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ ............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: 8/13/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

A TRUE COPY
Attest: [signature] Foster
Deputy Assistant Clerk
9/17/04

# BRIAN T. HATCH
## ATTORNEY AT LAW
8 North Main Street, Suite 403
Attleboro, MA 02703
508-222-6400 • Fax 508-222-6478

Superior Court Clerk
Norfolk County Superior Court
650 High Street
Dedham, MA  02026

Re:  Mandros v. Barletta Engineering Corp. et al    Civil Docket #NOCV2004-01337-A

## CERTIFICATE OF SERVICE

I, Attorney Brian T. Hatch, hereby certify that I have sent by first class mail on this date copies of the Tracking Order-X Track in the matter of Mandros v. Barletta Engineering et al., Norfolk County Superior Court Civil Action No. NOCV2004-01337-A to defendant, Barletta Engineering Corporation at 40 Shawmut Road, Suite 200, Canton, MA  02131.

By defendant's attorney,

Brian T. Hatch, Esq.
BBO #544044
8 North Main Street  Suite 403
Attleboro, MA  02703

August 18, 2004

## BRIAN T. HATCH
### ATTORNEY AT LAW
8 North Main Street, Suite 403
Attleboro, MA 02703
508-222-6400 • Fax 508-222-6478

Superior Court Clerk
Norfolk County Superior Court
650 High Street
Dedham, MA 02026

Re: Mandros v. Barletta Engineering Corp. et al   Civil Docket #NOCV2004-01337-A

### CERTIFICATE OF SERVICE

I, Attorney Brian T. Hatch, hereby certify that I have sent by first class mail on this date copies of the Tracking Order-X Track in the matter of Mandros v. Barletta Engineering et al., Norfolk County Superior Court Civil Action No. NOCV2004-01337-A to defendant, International Union of Operating Engineers, Local 4 at 177 Bedford Street, Lexington, MA 02420.

By defendant's attorney,

Brian T. Hatch, Esq.
BBO #544044
8 North Main Street Suite 403
Attleboro, MA 02703

August 24, 2004