UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ARTHUR A. MANDROS,

    Plaintiff

vs.

BARLETTA ENGINEERING CORP. and
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 4,

    Defendants

C.A. 04-11999 REK

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, the Plaintiff, Arthur A. Mandros and IUOE Local 4, by their attorneys, hereby stipulate and agree that the within case may be dismissed with prejudice and without costs. Defendant Barletta Engineering takes no position on this stipulation.

    Respectfully submitted,

**ARTHUR A. MANDROS**

By his attorney,

_____
Brian T. Hatch
8 North Main Street
Attleboro, MA 02703

**INTERNATIONAL UNION OF
OPERATING ENGINNERS, LOCAL 4**

By its attorneys,

_____
Mary T. Sullivan BBO # 487130
Indira Talwani BBO # 645577
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street, Suite #500
Boston, MA 02108
(617) 742-0208

Dated: October 7, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on October 5, 2004, I conferred with Barletta Engineering Corp.'s counsel, Joseph P. McConnell and attempted in good faith to resolve or narrow the issues presented by this Stipulation and accompanying Motion. Barletta takes no position on this Stipulation.

_____
Mary T. Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION OF DISMISSAL has been served upon Plaintiff Arthur A. Mandros, by service upon his attorney of record, Brian T. Hatch, 8 North Main Street, Suite 403, Attleboro, MA 02703, and upon Defendant Barletta Engineering Corp., by service upon Joseph McConnell, Morgan, Brown & Joy, One Boston Place, Boston, MA 02108, by mail, postage prepaid, this 7th day of October, 2004.

_____
Mary T. Sullivan

L:\MSullivan\3110\04-365Mandros\FEDERAL COURT\PLEADINGS\STIPDISMISSAL.doc