UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -7 P 1:30

U.S. DISTRICT COURT
DISTRICT OF MASS.

ARTHUR A. MANDROS,

Plaintiff

vs.

BARLETTA ENGINEERING CORP. and
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 4,

Defendants

C.A. 04-11999 REK

## MOTION TO APPROVE STIPULATION OF DISMISSAL

Now come the Plaintiff, Arthur A. Mandros and IUOE Local 4, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and move this Court to approve the Stipulation of Dismissal filed herewith.

Respectfully submitted,

**ARTHUR A. MANDROS**

By his attorney,

Brian T. Hatch
8 North Main Street
Attleboro, MA  02703

**INTERNATIONAL UNION OF
OPERATING ENGINNERS, LOCAL 4**

By its attorneys,

Mary T. Sullivan BBO # 487130
Indira Talwani BBO # 645577
**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  October 7, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on October 5, 2004, I conferred with Barletta Engineering Corp.'s counsel, Joseph P. McConnell and attempted in good faith to resolve or narrow the issues presented by this Stipulation and accompanying Motion. Barletta takes no position on this Stipulation.

_____
Mary T. Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION FOR APPROVAL OF STIPULATION OF DISMISSAL has been served upon Plaintiff Arthur A. Mandros, by service upon his attorney of record, Brian T. Hatch, 8 North Main Street, Suite 403, Attleboro, MA 02703, and upon Defendant Barletta Engineering Corp., by service upon Joseph McConnell, Morgan, Brown & Joy, One Boston Place, Boston, MA 02108, by mail, postage prepaid, this 7th day of October, 2004.

_____
Mary T. Sullivan

L:\MSullivan\3110\04-365Mandros\FEDERAL COURT\PLEADINGS\MOTIONTO APPROVE STIPDISMISSAL.doc