UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARTHUR MANDROS,<br>            Plaintiff<br><br>v.<br><br>BARLETTA ENGINEERING CORP, et al,<br>            Defendants. | )<br>)<br>)<br>)<br>)    C.A. No.  04-11999-REK<br>)<br>)<br>)<br>) |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance on behalf of the Plaintiff in the above-captioned matter.

                              Plaintiff, Arthur Mandros,
                              By his attorney,


                              /s/
                              JONATHAN BRAVERMAN, ESQ.
                              BBO # 054740
                              Baker, Braverman & Barbadoro, P.C.
                              50 Braintree Hill Park, Suite 108
                              Braintree, MA  02184
                              (781) 848-9610
                              jonathanb@bbbs-law.com

Dated:  November 4, 2004