UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARTHUR A. MANDROS,<br>    Plaintiff<br><br>v.<br><br>BARLETTA ENGINEERING CORP. and<br>INTERNATIONAL UNION OF<br>OPERATING ENGINEERS, LOCAL 4,<br>    Defendants | CIVIL ACTION<br>NO. 04-11999-REK |

**Final Order**
November 16, 2004

For the reasons stated during the hearing held on November 16, 2004, it is

ORDERED:

(1) Plaintiff's and Defendant International Union of Operating Engineers, Local 4's Motion to Approve Stipulation of Dismissal (Docket No. 8) (filed October 7, 2004) is ALLOWED;

(2) Plaintiff's claims against Defendant International Union of Operating Engineers, Local 4 are DISMISSED with prejudice and without costs;

(3) Plaintiff's Motion to Remand Action to Massachusetts Superior Court (Docket No. 9) (filed October 18, 2004) is ALLOWED; and

(4) The remainder of this case is REMANDED to the Massachusetts Superior Court. This case is CLOSED on the docket of this court.

Approved:                                          By the Court,

_/s/Robert E. Keeton_____            _/s/Karen Folan_____
Senior United States District Judge          Karen Folan, Deputy Clerk