**MORGAN, BROWN & JOY, LLP**

ATTORNEYS AT LAW

200 STATE STREET

BOSTON, MASSACHUSETTS 02109-2605

TELEPHONE (617) 523-6666

FACSIMILE (617) 367-3125

JOSEPH P. McCONNELL
Member MA & RI Bars

DIRECT DIAL (617) 788-5053
jmcconnell@morganbrown.com

November 28, 2005

Clerk's Office- Civil
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

Re:    **Arthur A. Mandros v. Barletta Engineering Corp., et al.**
       **Civil Action No. 1:04-cv-11999-REK**

Dear Sir or Madam:

Please be advised that our office has moved.  The following is our new address:

Joseph P. McConnell
Morgan, Brown & Joy LLP
200 State Street
Boston, MA 02109-2605

All phone and fax numbers remain the same.  Thank you for your consideration in this matter.  Please contact me if you have any questions.

Very truly yours,

Joseph P. McConnell

JPM/kmc

cc:    Brian Hatch, Esq.
       Mary T. Sullivan, Esq.
       Indira Talwani, Esq.
       John G. Bulman, Esq.